**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Larry S. DOMINGO, Defendant—
Appellant.**

**No. 06–16501.**

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 17, 2009.*

Filed Dec. 14, 2009.

Ronald G. Johnson, Esq., USH—Office of the U.S. Attorney, Honolulu, HI, for Plaintiff–Appellee.

Deanna Dotson, Kapolei, HI, for Defendant–Appellant.

Larry S. Domingo, Lompoc, CA, pro se.

Before: ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

R.App. P. 34(a)(2).

## MEMORANDUM **

Larry S. Domingo appeals from the district court's denial of the motion he filed pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Domingo's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.